# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| SWETLIC CHIROPRACTIC & REHABILITATION CENTER, INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) ) ) |
| | Civil Action No. 2:23-cv-02200 |
| Plaintiff, | ) **CLASS ACTION** |
| v. | ) ) |
| JORNS & ASSOCIATES LLC, a Wyoming limited liability company, | ) ) ) |
| Defendant. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, SWETLIC CHIROPRACTIC & REHABILITATION CENTER, INC., through its undersigned attorneys, hereby dismisses this action without prejudice.

        Respectfully submitted,

SWETLIC CHIROPRACTIC & REHABILITATION CENTER, INC., individually and as the representative of a class of similarly-situated persons

By:    /s/ Timothy C. Ammer
       Timothy C. Ammer – Ohio Bar #0069784
       MONTGOMERY JONSON LLP
       600 Vine Street, Suite 2650
       Cincinnati, OH 45202
       Phone: (513) 241-4722 / Fax: (513) 768-9227
       Email: tammer@mojolaw.com

       Ryan M. Kelly
       ANDERSON + WANCA
       3701 Algonquin Road, Suite 500
       Rolling Meadows, IL 60008
       Tele: 847-368-1500 / Fax: 847-368-1501
       rkelly@andersonwanca.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 9, 2024, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

                                                    */s/ Timothy C. Ammer*
                                                    Timothy C. Ammer – Ohio Bar #0069784